# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | **CRIMINAL NO. 1:18-430** |
| **v.** : | |
| : | **(JUDGE MANNION)** |
| **SALLY A. BERRY,** : | |
| **Defendant** : | |
| : | |

## ORDER

Based on the court's memorandum issued this same day, **IT IS HEREBY ORDERED THAT**:

**(1)** The defendant Sally A. Berry's letter Motion for Immediate Release to Home Confinement, **(Doc. 36)**, based on COVID-19 is construed as an emergency petition for writ of habeas corpus pursuant to 28 U.S.C. §2241.

**(2)** The clerk of court is directed to docket Berry's Doc. 36 motion as a §2241 habeas petition and to assign it a separate civil number. Due to the immediate request for relief sought, the clerk of court is directed forgo the thirty-day administrative order requiring Berry to pay the filing fee for a habeas petition, as that can be addressed in the proper jurisdictional court.

- 2 -

**(3)** The clerk of court is then directed to forthwith transfer Berry's habeas petition to the U.S. District Court for the Southern District of West Virginia.

**(4)** To the extent Berry's Doc. 36 motion could be alternatively construed as a motion for compassionate release, it is **DISMISSED WITHOUT PREFUDICE** for lack of jurisdiction since she has failed to comply with §3582(c)(1)(A)'s exhaustion requirement.

s/ *Malachy E. Mannion*

**MALACHY E. MANNION**
**United States District Judge**

**DATE: April 27, 2020**
18-430-01